IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 8 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02224-BNB

TERENCE J. HANKINS, #147323,

Plaintiff,

v.

JOHN E. HUSBAND, Individually and as Manager [of the] Little Snake Resource Area,
U.S. BLM, and
AXIS STEEL, INC.,

Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate

judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED October 18, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02224-BNB

Terence J Hankins
Prisoner No.  147323
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 18, 2011.


GREGORY C. LANGHAM, CLERK


By:_____
                  Deputy Clerk