IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 20 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-02224-WJM-CBS

TERENCE J. HANKINS,

    Plaintiff,

v.

JOHN E. HUSBAND, Individually and as Manager [of the] Little Snake Resource Area,
    U.S. BLM, and
AXIS STEEL, INC.,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 20th day of October, 2011.

BY THE COURT:

William J. Martinez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02224-WJM-CBS

Terence J. Hankins
Doc. No. 147323
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Axis Steel, Inc.

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

Federal Bureau of Land Management - **CERTIFIED**
John E. Husband, Manager
455 Emerson St.
Craig, CO 81625

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Axis Steel; to the United States Attorney General; to the United States Attorney's Office and to the Federal Bureau Land Management: COMPLAINT FILED 08/24/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on October 20, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk