IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02224-WJM-CBS

TERENCE J. HANKINS,
    Plaintiff,
v.

JOHN E. HUSBAND, Individually and as Manager,
LITTLE SNAKE RESOURCE AREA, U.S. BLM, and
AXIS STEEL, INC.,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

*Jan 11, 2012*

GREGORY C. LANGHAM, CLERK

## ORDER FOR SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

    This civil action came before the court for a preliminary Scheduling Conference on January 5, 2012, at which Plaintiff, Mr. Hankins, clarified that he intended to sue the Bureau of Land Management, Little Snake Resource Area ("BLM"). Pursuant to the Order of Reference dated October 21, 2011 (Doc. # 9), this case was referred to the Magistrate Judge. On September 6, 2011, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* Doc. # 3). It is now

    ORDERED that the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Bureau of Land Management, Little Snake Resource Area, 458 Emerson St., Craig, CO 81625. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Complaint (Doc. # 1) and summons upon Defendant BLM. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be

advanced by the United States. It is

FURTHER ORDERED that after service of process, Defendant BLM shall respond to the Complaint (Doc. # 1) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 5th day of January, 2012.

BY THE COURT:

  s/ Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  11-cv-02224-WJM-CBS

Terence Hankins
Prisoner No. 147323
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Bureau of Land Management

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY** - **VIA EMAIL**

Nathalie Erin Cohen
Assistant U.S. Attorney
Untied States Attorney's Office
District of Colorado
**DELIVERED ELECTRONICALLY**

Chad Michael McShane
Attorney at Law
Robinson, Waters & O'Dorisio, P.C.
**DELIVERED ELECTRONICALLY**

Zachary Paul Mugge
Attorney at Law
Robinson, Waters & O'Dorisio, P.C.
**DELIVERED ELECTRONICALLY**

   I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Bureau of Land Management; and to the United States Attorney's Office: COMPLAINT FILED 08/24/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on January 11, 2012.

                   GREGORY C. LANGHAM, CLERK

                   By: s/A. García
                   Deputy Clerk